FILED'07 OCT 12 13:05USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KENT COFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 07-1082-CL |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, J.**

Plaintiff Kent Coffman brought this action for judicial review of the final decision by the Commissioner of Social Security denying Coffman's application for disability benefits.

At the time the Complaint was filed, Plaintiff's counsel advised the court of some difficulty communicating with their client (who lacked a telephone) to obtain the information necessary to complete the application to proceed in forma pauperis. Counsel requested, and the court authorized, an extension of 30 days. Unfortunately, counsel apparently was unsuccessful in obtaining that information from Mr. Coffman.

1 - ORDER

On September 7, 2007, Magistrate Judge Clarke ordered Plaintiff to show cause, within 14 days, why this action should not be dismissed for failure to comply with the court's order. No response was received. On September 25, 2007, Magistrate Judge Clarke filed his Report and Recommendation, which recommended that this action be dismissed without prejudice. No objections have been filed.

The matter is now before me for de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 7) is adopted. This action is dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

DATED this ___ day of October, 2007.

OWEN M. PANNER
U.S. DISTRICT JUDGE