Case 1:07-cv-01082-CL    Document 47    Filed 03/09/10    Page 1 of 1
FILED 10 MAR 09 08:51 USDC-ORM
Case 1:07-cv-01082-CL    Document 45    Filed 03/03/2010    Page 1 of 2

Juliana E. Coons, OSB #03291
jecoonsoffice@gmail.com
Juliana E. Coons, P.C.
P.O. Box 11650
Eugene, Oregon 97440
(541) 683-345-4499
Fax (541) 683-0682
Attorney for Kent E. Coffman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **KENT E. COFFMAN,** | ) | Civil Action No. 07-1082-CL |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE** Commissioner, Social Security Administration | ) | **ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C.A. 406(b)** |
| Defendant. | ) | |

Attorney fees in the amount of $16,753.42 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. §406(b). The court finds that this is a reasonable fee in light of all circumstances present in this case (and indeed the court believes the attorney's services are easily worth at least twice that much). When issuing the §406(b) check for payment to Plaintiff's attorney herein, the agency is directed to subtract the applicable user fee.

DATED this _8_ day of _March_, 2010.

_____
United States District/Magistrate Judge

Presented by:

Juliana E. Coons, OSB #03291
(541) 345-4499
Attorney for Plaintiff

ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C.A. 406(b) Coffman v. Astrue, Civ. Act. No. 07-1082-CL