Case 1:07-cv-01082-CL   Document 48   Filed 03/09/10   Page 1 of 1
FILED' 10 MAR 09 08:51 USDC-ORM
Case 1:07-cv-01082-CL   Document 46   Filed 03/04/2010   Page 1 of 1

Juliana E. Coons, OSB #03291
jecoonsoffice@gmail.com
Juliana E. Coons, P.C.
P.O. Box 11650
Eugene, Oregon 97440
(541) 683-345-4499
Fax (541) 683-0682
Attorney for Kent E. Coffman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **KENT E. COFFMAN,** | ) | Civil Action No. 07-1082-CL |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE** Commissioner, Social Security Administration | ) | **ORDER AWARDING EAJA ATTORNEY FEES** |
| Defendant. | ) | |

   Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6500.00 and no expenses or costs shall be awarded to Plaintiff, payable to Plaintiff's attorney, Juliana E. Coons, P.O. Box 11650, Eugene OR 97440, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this _8_ day of _March_, 2010.

_____
United States District Judge

PRESENTED BY:
s/ Juliana E. Coons
JULIANA E. COONS, OSB#03291
(541) 345-4499
Attorney for Plaintiff, Kent E. Coffman

1   ORDER AWARDING EAJA ATTORNEY FEES, Coffman v. Astrue Civ. Act. No. 07-1082-CL